# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL REID,**

    **Plaintiff,**

**v.**                                         **CIVIL ACTION NO.  05-CV-294 DRH**

**UNITED STATES POSTAL SERVICE**,

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED**.  Summary Judgment is entered in favor of Defendant **UNITED STATES POSTAL SERVICE** and against the Plaintiff **MICHAEL REID**.-----------------------------------------------------------------------------------
-

                                                       **NORBERT G. JAWORSKI, CLERK**

July 6, 2006                                          BY:   /s/Patricia Brown
                                                                        Deputy Clerk

APPROVED:/s/    David   RHerndon
                 **U.S. DISTRICT JUDGE**