# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL REID,**

    **Plaintiff,**

**v.**                                            **CIVIL ACTION NO. 05-CV-294 DRH**

**UNITED STATES POSTAL SERVICE,**

    **Defendant.**

### AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motion to Reconsider.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff, **MICHAEL READ**, following reconsideration, for four discrete requests only (see the order at Doc. 42). Otherwise, judgment entered for Defendant, **UNITED STATES POSTAL SERVICE**, on all other issues.

**NORBERT G. JAWORSKI, CLERK**

October 29, 2007                                          BY:   /s/Patricia Brown
                                                                                           Deputy Clerk

APPROVED: /s/       DavidRHerndon
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**